JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Jay Macedo,<br><br>      Plaintiff,<br><br>  v.<br><br>Carrington Mortgage Services, LLC, et al.,<br><br>      Defendants. | SACV 10-01581-JVS(FMOx)<br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>January 21, 2011</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on January 28, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: January 31, 2011

                                                        _____
                                                        James V. Selna
                                                        United States District Judge